# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYIN ANDRE SUMPTER-BOYD,<br><br>Defendant. | Case No. 3:21-cr-00012-07-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 407. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered guilty pleas to Counts 5, 6, and 8 of the Second Superseding Indictment: Possession with Intent to Distribute, Felon in Possession of a Firearm, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime which are violations of 21 U.S.C. § 841(a)(1) & (b)(2), 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(c), respectively. Defendant also admitted to Criminal Forfeiture Allegations 1 and 2.

Judge Scoble issued a Final Report and Recommendation at Docket 497,

in which he recommended that the District Court accept Defendant's pleas of guilty to Counts 5, 6, and 8 of the Second Superseding Indictment and accept Defendant's admission to Criminal Forfeiture Allegations 1 and 2. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's pleas of guilty to Count 5, 6, and 8 of the Second Superseding Indictment and Defendant is adjudged GUILTY of Counts 5, 6, and 8. The Court also ACCEPTS Defendant's admission to Criminal Forfeiture Allegations 1 and 2. An Imposition of Sentence hearing has been scheduled for **June 27, 2023, at 10:00 a.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 4th day of April, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00012-SLG-MMS, *United States v. Sumpter-Boyd*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00012-SLG-MMS   Document 508   Filed 04/04/23   Page 2 of 2